## Austin v. Walker et al.

PRACTICE IN THE SUPREME COURT: ABSTRACT: EVIDENCE.

### Appeal from Wapello Circuit Court.

### THURSDAY, OCTOBER 7.

THE appellants filed a motion to set aside a sheriff's sale of real estate under an execution. Pending the motion, an injunction was issued restraining the sheriff from conveying the premises to the purchaser. The plaintiff filed a motion to dissolve the injunction, which was sustained, and the motion to set aside the sale overruled. The defendants appeal.

*John S. Walker*, for appellants.

*Williams & McMillen*, for appellee.

SEEVERS, J.—The motion to set aside the sale was not based wholly on matters appearing of record, and the attempt was made to bring them to the attention of the court by affidavits. The appellee insists the abstract fails to show all the evidence before the court below is contained therein. This, upon examination, we are constrained to say is correct. It has been frequently held that we cannot revise or modify a judgment unless the abstract affirmatively shows all the evidence is contained therein.

AFFIRMED.